# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Job Number 185145

## AFFIDAVIT OF SERVICE

Index no : CV 15 3769
Date Index Number Purchased: **06/29/2015**

| | |
|---|---|
| Plaintiff(s): | **J & J SPORTS PRODUCTIONS, INC.** |
| Defendant(s): | **SIKRI FOODS INC. d/b/a SOHNA PUNJAB RESTAURANT and SARVJIT SINGH** |

STATE OF NEW YORK
COUNTY OF QUEENS         ss.:




*185145*

**Qazi Haider**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF NEW YORK.

On **07/16/2015** at **5:01 PM**, I served the within **SUMMONS; COMPLAINT** on **SIKRI FOODS INC. d/b/a SOHNA PUNJAB RESTAURANT** at **248 03 UNION TPKE., Bellerose, NY 11426** in the manner indicated below:

**CORPORATE SERVICE:** By delivering a true copy of said documents to **John doe**, **Managing Agent** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **SIKRI FOODS INC. d/b/a SOHNA PUNJAB RESTAURANT**, and the recipient responded in the affirmative.

A description of the Defendant(s), or other person served on behalf of the Defendant(s) is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Brown | Black | 36 | 5ft9in-6ft0in | Over 200 lbs |
| Other Features: | | | | | |

Your deponent asked the above mentioned recipient whether the Defendant(s) was active in the military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, Defendant(s) is not active in the military service.

Sworn to and subscribed before me on 07/21/2015

X_____
Qazi Haider
License#: 1466043
Bulldog Process Service LLC
118 East 28th Street Suite 307
New York, NY 10016
646-461-8386

*Mercedes Cotis*
Mercedes Cotis
Notary Public, State of New York
No. 01CO6324709
Qualified in New York
Commission Expires 05/11/19

Est.