UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
J&J SPORTS PRODUCTIONS, INC.

    Plaintiff,       INDEX NO. 15-CV-3769(WFK)(CLP)

 -against-

SIKRI FOODS INC.
d/b/a SOHNA PUNJAB RESTAURANT
AND SARVJIT SINGH

    Defendant,       NOTATION OF DEFAULT
-------------------------------------------------------------X

I, Douglas C. Palmer, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendants, Sikri Foods, Inc. d/b/a Sohna Punjab Restaurant and Sarvjit Singh is hereby noted pursuant rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
    2015       <u>Douglas C. Palmer</u>
             Clerk of Court

            By: _____
             Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
J&J SPORTS PRODUCTIONS, INC.

        Plaintiff,                INDEX NO. 15-CV-3769(WFK)(CLP)

  -against-

SIKRI FOODS INC.
d/b/a SOHNA PUNJAB RESTAURANT
AND SARVJIT SINGH

                            AFFIDAVIT FOR JUDGMENT
        Defendant,             BY DEFAULT
-------------------------------------------------------------X

STATE OF NEW YORK    )
                            ) ss:
COUNTY OF NEW YORK    )

Paul J. Hooten, being duly sworn, deposes and says:

I am a member of the Bar of this Court and am associated with the firm of Paul J. Hooten & Associates, attorney for plaintiff in the above-entitled action and I am familiar with all the facts and circumstances in this action.

1. I make this affidavit pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the Eastern District of New York, in support of plaintiff's application for the entry of a default judgment against defendants.

2. This is an action to recover the unauthorized exhibition of the telecast of the May 3, 2014 Welterweight Championship Fight Program between Floyd Mayweather, Jr. and Marcos Rene Maidana, by the defendant at it's establishment. See attached summons and complaint attached hereto as Exhibit "A".

3. This action was commenced on June 29, 2015 by the filing of the summons and

complaint. A copy of the summons and complaint was served on Sikri Foods, Inc. d/b/a Sohna Punjab Restaurant July 16, 2015 by services to "John Doe, Managing Agent" for the establishment. Also, a copy of the summons and complaint was served on Sarvjit Singh by services to "John Doe – Co-worker" on July 16, 2015. The defendants have not answered the complaint and the time for the defendants to answer the complaint has expired.

4. This action seeks judgment in the amount of $6,013.35, plus interest at 9% from May 3, 2014, amounting to $721.60, plus costs and disbursements of this action in the amount of $470.00 amounting in all to $7,204.95.

WHEREFORE, plaintiff requests the entry of Default and the entry of the annexed Judgment against defendant.

Dated: Mt. Sinai, New York
September 2, 2015        By:   /s/ Paul J. Hooten
                                Paul J. Hooten (PJH 9510)


Sworn to before me this
2nd , day of September , 2015


/s/ Cheryl Lorefice
Notary Public

Cheryl Lorefice
Notary Public State Of New York
No. 4999823
Qualified in Suffolk County
My Commission Expires August 3, 2018